IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:22-cv-08442-JLR

CHRISTOPHER SADOWSKI,

    Plaintiff,

v.

HNGN, INC. d/b/a HNGN.COM,

    Defendant.

---

## ~~[PROPOSED]~~ ORDER GRANTING MOTION TO COMPEL

**THIS CAUSE** is before the Court upon plaintiff Christopher Sadowski's Motion to Compel Post-Judgment Discovery Responses (the "Motion to Compel") [D.E. 20]. The Court has considered the Motion, has noted defendant HNGN, Inc. d/b/a HNGN.com ("Defendant") did not oppose or otherwise respond to the Motion, ~~and is otherwise advised in the premises.~~ Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Motion is **GRANTED**.

    2.    Defendant shall serve its responses to Plaintiff's First Request for Production in Aid of Execution and First Set of Interrogatories in Aid of Execution within seven (7) days of the date of this Order.

    3.    Defendant shall produce all documents responsive to Plaintiff's First Request for Production in Aid of Execution within seven (7) days of the date of this Order.

    4.    ~~Any objections to the foregoing discovery (other than attorney-client privilege and/or work product) are deemed waived.~~

5. ~~Defendant is hereby warned that failure to comply with this Order may result in Defendant being held in contempt and/or other sanctions being imposed to enforce the terms of this Order.~~

**IT IS SO ORDERED.**

Dated: October 16, 2023
       New York, New York

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge